IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**ROBEISY MEDINA HURTADO,**    )
)
         Petitioner,    )
)
    v.    )    3:26cv775
)    **Electronic Filing**
**FIELD OFFICE DIRECTOR,**    )
**WARDEN OF MOSHANNON VALLEY** )
**PROCESSING CENTER,**    )
)
         Respondents.    )

## CASE MANAGEMENT ORDER

AND NOW, this 6th day of May, 2026, IT IS HEREBY ORDERED as follows:

1.     **Service**.  The Court hereby notifies Petitioner that copies of this order and the Petition were emailed by the Court to the United States Attorney's Office for the Western District of Pennsylvania on this day.  This email service is deemed sufficient to accomplish formal service of the Petition on Respondents.

2.     **Respondents' counsel notice of appearances**.  Counsel for Respondents shall file a notice of appearance within **3 days** of this date.

3.     **Respondents' response to the petition.**  The Court has reviewed the petition and supporting materials, and finds that the petition advances a "*Zadvydas* claim."[1]  Respondents shall file any responses or answers to the petition within **10 days** of the date of service. Responses are limited to 25 pages, double-spaced and must comply with the formatting requirements set forth in Local Rule 5.1B.  Respondents shall address the *Zadvydas* claim and all issues fairly presented by petitioner within the briefing schedule and accompanying limitations.

---

[1] Petitioner also has filed a motion to stay removal while his claims are pending.  See Motion for Stay at Doc. No. 2.

4.      Respondents also shall file a response to Petitioner's Motion for Stay on or before

**10 days** from the government counsel's entry of appearance.


<u>s/David Stewart Cercone</u>
David Stewart Cercone
Senior United States District Judge


cc:     ROBEISY MEDINA HURTADO
        A244-259-765
        MOSHANNON VALLEY PROCESSING CENTER
        555 GEO DRIVE
        PHILIPSBURG, PA 16866


(*Via First-Class Mail*)